# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FLORENCE MICHEL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 8:20-cv-2205-PJM |
| ) | |
| FMS FINANCIAL SOLUTIONS, LLC; ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; ) | |
| and EQUIFAX INFORMATION SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

## DISCLOSURE OF CORPORATE INTEREST OF
## EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Experian Information Solutions, Inc. ("Experian") states:

1. The ultimate parent company of Experian is Experian plc.

2. The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

   (a) Central Source LLC

   (b) Online Date Exchange LLC

   (c) New Management Services LLC

   (d) VantageScore Solutions LLC

   (e) Opt-Out Services, LLC

3. Experian plc owns, indirectly 100 percent of Experian. Experian plc is a Jersey registered company which is publicly traded on the London Stock Exchange.

Dated: July 29, 2020            **SHULMAN, ROGERS, GANDAL,**
                                                          **PORDY & ECKER, P.A.**

                                                          /s/ Joy C. Einstein
                                                          Joy C. Einstein, Bar No. 19325
                                                          12505 Park Potomac Avenue, 6th Floor
                                                          Potomac, Maryland 20854-6803
                                                          Telephone: (301) 945-9250
                                                          Facsimile: (301) 230-2891
                                                          E-mail: jeinstein@shulmanrogers.com

                                                          *Counsel for Defendant Experian*
                                                          *Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2020, I served via CM/ECF a copy of the foregoing Disclosure of Corporate Interest to the following:

Ingmar Goldson
The Goldson Law Office
1734 Elton Road, Suite 210
Silver Spring, MD 20903
igoldson@goldsonlawoffice.com
*Counsel for Plaintiff*

Joseph S. Mack
The Law Offices of Joseph S. Mack
PO Box 65066
Baltimore, MD 21209
joseph@macklawonline.com
*Counsel for Plaintiff*

Renee B. Appel
Seyfarth Shaw LLP
975 F Street, NW
Washington, DC  20004
rappel@seyfarth.com
*Counsel for Defendant Equifax Information Services, LLC*

And I served via First Class Mail a copy of the foregoing Disclosure of Corporate Interest to the following:

FMS Financial Solutions, LLC
9001 Edmonston Road, Suite 20
Greenbelt, MD 20770

                                            /s/ Joy C. Einstein
                                            Joy C. Einstein